

# SPEAKS LAW FIRM PC

August 14, 2015

Mr. Melchor Calderon
56125-056
FCI Estill
Federal Correctional Institute
P.O. Box 699
Estill, SC 29918

LEGAL MAIL

RE:   Appeal – USA v. Calderon (15-4011)

Dear Mr. Calderon:

    Enclosed is a copy of your appellate brief that was prepared in the above-referenced matter.

    This brief is being submitted to the Fourth Circuit Court of Appeals pursuant to the decision of the United States Supreme Court in <u>Anders v. California</u>, 386 U.S. 738 (1967). As we previously discussed, I have conducted a thorough examination of the entire record in this matter, but have not found any meritorious grounds for appeal.

    It is important to understand that you have the right to submit a pro se supplemental brief for consideration by the court in support of the issues you would like the court to consider. You should submit any such arguments and issues with the Court within thirty (30) days. Please note that the entire record in this matter is available for the Court to consider and determine whether there are any meritorious grounds for appeal.

    If you have any questions or concerns with regard to this matter, please do not hesitate to contact me.
.

Sincerely,

*R. Clarke Speaks*

R. Clarke Speaks

Enclosure (1)

OFFICE 2808 Market Street, Wilmington NC, 28403   MAILING PO Box 2823, Wilmington NC, 28402   P 910.341.7570   F 910.341.7571
SpeaksLaw.com